UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kelly Marie Engebretson,  Civil File No. 14-cv-01435 ADM/FLN

                     Plaintiff,

v.

Aitkin County; Big Stone County; City of Biwabik; City of Bloomington; City of Breitung; City of Brooklyn Park; City of Burnsville; City of Cambridge; City of Coon Rapids; Dakota Communications Center; Dodge County; City of Duluth; City of Eveleth; City of Floodwood; City of Golden Valley; Hennepin County; City of Inver Grove Heights; City of Isanti; Isanti County; Kanabec County; Lake County; City of Minneapolis; City of Moorhead; City of Moose Lake; City of Mounds View; City of Oakdale; Otter Tail County; Pine County; Ramsey County; City of Roseville; City of Sartell; City of St. James; St. Louis County; City of St. Paul; City of Staples; City of Virginia; Washington County; City of White Bear Lake; Wright County; Michael Campion, in his individual capacity as the Commissioner of the Department of Public Safety; Ramona Dohman, in her individual capacity as the Commissioner of the Department of Public Safety; John and Jane Does (1-500) acting in their individual capacity as supervisors, officers, deputies, staff, investigators, employees or agents of the other governmental agencies; Department of Public Safety Does (1-30) acting in their individual capacity as officers, supervisors, staff, employees, independent contractors or agents of the Minnesota Department of Public Safety; and Entity Does (1-50) including cities,

counties, municipalities, and other entities
sited in Minnesota,
      Defendants.

---

## WAIVER OF SERVICE OF SUMMONS

---

I have received your request to waive service of a Summons in this action along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I and the entities I represent agree to save the expense of serving a summons and complaint in this case.

I understand that the entities I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that they waive any objections to the absence of a summons or of service.

I also understand that I, or the entities I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 5, 2014.  If I fail to do so, a default judgment will be entered against the entities I represent.

Cities of Biwabik, Bloomington, Breitung, Brooklyn Park, Burnsville, Cambridge, Coon Rapids, Eveleth, Floodwood, Golden Valley, Inver Grove Heights, Isanti, Moorhead, Moose Lake, Mounds View, Oakdale, Roseville, Sartell, St. James, Staples, Virginia, and White Bear Lake and the Dakota Communications Center
*Printed Name of Party Waiving Service of Summons*


Dated:  July 25, 2014          By___s/Jon K. Iverson_____
                 *Signature of the attorney*
              IVERSON REUVERS CONDON
              Jon K. Iverson (#146389)
              Susan M. Tindal (#330875)
              Stephanie A. Angolkar (#388336)
              9321 Ensign Avenue South
              Bloomington, MN  55438
              (952) 548-7200