UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *Kelly Marie Engebretson,* | Case No. 14-cv-1435 (ADM-FLN) |
| *Plaintiff,* | |
| v. | |
| *Aitkin County, et al.* | |
| *Defendants* | |

**ORDER**

The matter is before the Court on the stipulation between Plaintiff and the Minnesota Department of Public Safety (DPS) regarding the subpoena Plaintiff served on DPS.

Having reviewed the same, THE COURT FINDS that:

1. Plaintiff has subpoenaed records sufficient to identify individuals who accessed her driver's license information through DPS records between November 10 and November 17, 2010.

2. Pursuant to stipulation, DPS takes no position on whether the information subpoenaed is discoverable and whether Plaintiff's need for subpoenaed information outweighs the identified John Does' privacy interest in the data.

3. The Court finds that information identifying individuals who accessed Plaintiff's driver's license information through DPS records between November 10 and November 17, 2010 is relevant and discoverable, and that that Plaintiff's need for the information is greater than the privacy interests in the information.

4. Both the Plaintiff and the DPS have consented to the entry of this Order based on their stipulation.

IT IS THEREFORE ORDERED that within 14 days of entry of this Order, DPS shall produce responsive records identifying the names of the individuals who searched Plaintiff's driver's license records, or where the individual's identity is not revealed by DPS records, as much information as is available about the individual or organization performing the search.

IT IS SO ORDERED.

Dated: May 14, 2015                     *s/Franklin L. Noel*
                                                Hon. Franklin L. Noel
                                                United States Magistrate Judge